FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APR 0 6 2006

BROOKLYN OFFICE

*Judgment and order*

- - - - - - - - - - - - - - - - - - X

The United States of America

　-against-

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

Docket No. 03-CR-459 (JBW)

*06-CV-414 (JBW)*

Vantroy Sanchez,

　　　　　　　Defendant.

X 27 2005

- - - - - - - - - - - - - - - - - - X

BROOKLYN OFFICE

Upon due consideration of the applicable law, and the facts and circumstances in the above-captioned matter, it is hereby agreed by the Government, through its counsel, and counsel for the defendant, that the defendant, Vantroy Sanchez, be re-sentenced, on his plea of guilty in the said matter, to a term of 35 months and 17 days, that sentence to run from August 26, 2004.

*Defendant waives sentencing hearing.*

**SO STIPULATED**

_____
Robert L. Moore (RLM0182)
128 Avon Place
West Hempstead, New York 11552
(516) 486-7307
Counsel for Defendant

_____
Max Minzner
Assistant United States Attorney
Eastern District of New York

A TRUE COPY
ATTEST
DATED ........... 20.....
ROBERT C. HEINEMANN
BY ........................ CLERK